No. 97–9130.  RUDD *v.* ROBINSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–9131.  RUSSELL *v.* SIKES, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 97–9134.  RICHARDS *v.* JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–9135.  KERSH *v.* MARTIN & MEHAFFY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–9137.  JOHNSON *v.* BURTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–9138.  KARIM-PANAHI *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–9139.  PURSER *v.* TEXAS.  Ct. App. Tex., 8th Dist.  Certiorari denied.

No. 97–9141.  VAN'T HOF *v.* METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–9143.  GAMES *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 97–9144.  DOMINQUE *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 97–9145.  EARICK *v.* EARICK.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 97–9146.  FULLER ET AL. *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 97–9150.  LAWRENCE *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–9154.  WILLIAMS *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 97–9157.  RIENHARDT *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.